UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>    v.<br><br>JAMES FLEISHMAN,<br><br>                 Defendant. | Case No. 11 Cr. 32 (JSR)<br><br>**ORDER** |



      Upon the application of defendant James Fleishman, by and through his counsel, and for good cause shown, it is hereby ORDERED that Mr. Fleishman's bond having been exonerated, and the Clerk of the Court for the United States District Court for the Northern District of California is hereby authorized and directed to execute a full reconveyance of any and all real property posted to that court by Mr. Fleishman as a condition of his pretrial release.

**SO ORDERED.**

DATED: 8-29-12
          New York, New York

                                      THE HONORABLE JED S. RAKOFF
                                      UNITED STATES DISTRICT JUDGE