UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :       ORDER

      -v.-                          :       S1 11 Cr. 32(JSR)

JAMES FLEISHMAN,                    :

             Defendant.         :

- - - - - - - - - - - - - - - - - - -x

     Upon the application of the United States Attorney for the Southern District of New York, with the consent of Ethan Balogh, Esq., counsel for JAMES FLEISHMAN, for the reasons stated by the parties on a telephonic conference with the Court on August 27, 2012, and for good cause shown,

IT IS HEREBY ORDERED THAT:

     1.   Pre-Trial Services provide to the Court, the Government, and defense counsel for Mr. Fleishman copies of any pre-trial services reports presented to U.S. Magistrate Judges in the Northern District of California and Southern District of New York regarding Mr. Fleishman.

SO ORDERED.
Dated:  New York, New York
       August 29, 2012

                                        THE HONORABLE JED S. RAKOFF
                                        UNITED STATES DISTRICT JUDGE