UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :       ORDER

      -v.-                          :       S1 11 Cr. 32(JSR)

JAMES FLEISHMAN,                    :

              Defendant.       :

- - - - - - - - - - - - - - - - - -x

      Upon the application of the United States Attorney for the Southern District of New York, with the consent of Ethan Balogh, Esq., counsel for JAMES FLEISHMAN, for the reasons stated by the parties on a telephonic conference with the Court on September 4, 2012, and for good cause shown,

IT IS HEREBY ORDERED THAT:

      1.   Christopher Allen Chin, M.D., and the Palo Alto Medical Foundation provide to Ethan Balogh, Esq., counsel for JAMES FLEISHMAN, any and all documents, notes, reports, correspondence, or other records relevant to the statement of Dr. Chin, in his letter dated March 12, 2012, a copy of which is attached hereto, that "Mr. Fleishman is under my professional care and . . . has a history of alcohol abuse and would benefit in participating in a alcohol drug program."

      2.   Robert Krick, PhD, and the Federal Bureau of Prisons provide to Ethan Balogh, Esq., counsel for JAMES FLEISHMAN any and all documents, notes, reports, correspondence, or other records relevant to the admission of the defendant to the residential drug treatment program ("RDAP") at ADX-FPC Florence, CO.

      3.   That Ethan Balogh, Esq., counsel for JAMES FLEISHMAN, bring any and all documents, notes, reports, correspondence, or other records received pursuant to paragraphs 1 and 2 above to the Court's scheduled hearing in this matter on September 14, 2012.

SO ORDERED.
Dated:   New York, New York
        September 4, 2012

                              THE HONORABLE JED S. RAKOFF
                              UNITED STATES DISTRICT JUDGE



**Palo Alto Medical Foundation**
A Sutter Health Affiliate

pamf.org

701 E El Camino Real
Mountain View CA 94040
408-739-6000

James M Fleishman
2142 Santa Cruz Ave
Santa Clara CA 95051
March 12, 2012

To Whom it May Concern:

Re: James M Fleishman
MRN: 13033733     DOB: 8/22/1969

This is to certify that Mr. Fleishman is under my professional care and he has a history of alcohol abuse and would benefit in participating in a alcohol drug program.

Thank you,

Christopher Allen Chin, MD

Department of Family Medicine
Camino Division
Palo Alto Medical Foundation
701 Mt View  Family Medicine
650-404-8370

