| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Tran. Court)* S1 11-CR-32-02(JSR) |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: James Fleishman | DISTRICT SOUTHERN DISTRICT OF NEW YORK | DIVISION Probation |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Jed S. Rakoff, Senior U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM October 23, 2013 / TO October 22, 2015 |

OFFENSE:

Conspiracy to Commit Securities Fraud {18 U.S.C. 371}, a Class D Felony. Conspiracy to Commit Wire Fraud {18 U.S.C. 1349}, a Class C Felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **"SOUTHERN DISTRICT OF NEW YORK"**

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____2/5/14_____                    _____[signature]_____
Date                                     United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Northern District of California.**

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____                          _____
Effective Date                           United States District Judge